HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SHELLY S HAWKINS, individually and as assignee of Edwin G. Miguel,

Plaintiff,

v.

ACE AMERICAN INSURANCE COMPANY, *et al.*,

Defendants.

Case No. 21-cv-01459-RAJ

**ORDER ADOPTING REPORT AND RECOMMENDATION**

The Court, having reviewed plaintiff's complaint, the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge, and the objections of the parties and the remaining record, finds and **ORDERS**:

(1) The Report and Recommendation (Dkt. 18) is approved and adopted;

(2) Plaintiff's motion to remand (Dkt. 15) is granted;

(3) Plaintiff shall submit a motion and declaration detailing her reasonable attorneys' fees and costs incurred in prosecuting her motion to remand no later than seven (7) days from the entry of this Order;

(4) Ace American Insurance Company may, but is not required to, file a responsive brief not to exceed three (3) pages no later than ten (10) days from the date of this Order;

ORDER – 1

(5) Except for the Court's determination of reasonable attorneys' fees and costs pursuant to 28 U.S.C. § 1447(c), all further proceedings in this case are **REMANDED** to the Superior Court for Snohomish County, Washington;

(6) The Clerk shall copies of this order to all counsel of record for all parties;

(7) Pursuant to 28 U.S.C. § 1447(c), the Clerk shall mail a certified copy of the Order of Remand and the record herein, to the Clerk for the Superior Court for Snohomish County, Washington;

(8) Except for their briefs regarding attorneys' fees and costs, the parties shall file nothing further in this matter, and instead are instructed to seek any further relief to which they are entitled from the courts of the State of Washington, as may be appropriate in due course; and

(9) The Clerk shall **CLOSE** this case.

DATED this 22nd day of June, 2022.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

ORDER – 2